UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENERIC PHARMACEUTICALS
PRICING ANTITRUST LITIGATION  MDL No. 2724

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On August 5, 2016, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, 10 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 5, 2016, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 14, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 4/19/17
ATTEST: Eric Sobieski
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GENERIC PHARMACEUTICALS
PRICING ANTITRUST LITIGATION                                MDL No. 2724

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **NEW JERSEY** | | | |
| NJ | 1 | 16−09398 | NECA−IBEW WELFARE TRUST FUND v. TELIGENT, INC. et al |
| NJ | 1 | 16−09592 | CESAR CASTILLO, INC. v. TELIGENT, INC. et al |
| NJ | 1 | 17−00626 | FWK HOLDINGS, L.L.C. v. MYLAN INC. et al |
| NJ | 1 | 17−01113 | AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN v. MYLAN, INC. et al |
| NJ | 2 | 17−00629 | NECA−IBEW WELFARE TRUST FUND v. ACTAVIS HOLDCO U.S., INC. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 16−07229 | Sergeants Benevolent Association Health & Welfare Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16−07979 | United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16−07987 | Sergeants Benevolent Association Health & Welfare Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16−08374 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Fougera Pharmaceuticals Inc. et al |
| NYS | 1 | 16−08469 | A.F. of L. − A.G.C Building Trades Welfare Plan v. Akorn, Inc. et al |
| NYS | 1 | 16−08539 | International Union of Operating Engineers Local 30 Benefits Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16−08911 | Sergeants Benevolent Association Health & Welfare Fund v. Taro Pharmaceuticals Industries, Ltd. et al |
| NYS | 1 | 16−09392 | UFCW Local 1500 Welfare Fund v. Akorn, Inc. et al |
| NYS | 1 | 16−09431 | UFCW Local 1500 Welfare Fund v. Actavis Holdco U.S., Inc. et al |
| NYS | 1 | 16−09530 | St. Paul Electrical Workers' Health Plan v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16−09659 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Teva Pharmaceuticals USA, Inc. et al |
| NYS | 1 | 16−09666 | |

| | | | |
|---|---|---|---|
| | | | 1199SEIU National Benefit Fund v. Lannett Company, Inc. et al |
| NYS | 1 | 16-09792 | UFCW Local 1500 Welfare Fund v. Actavis Holdco U.S., Inc. et al |
| NYS | 1 | 16-09890 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Lannett Company, Inc. et al |
| NYS | 1 | 17-00250 | Cesar Castillo, Inc. v. Actavis Holdco U.S., Inc. et al |
| NYS | 1 | 17-00643 | American Federation of State County and Municipal Employees District Council 37 Health & Security Plan v. Lannett Company, Inc. et al |
| NYS | 1 | 17-00936 | Philadelphia Federation of Teachers Health and Welfare Fund v. Fougera Pharmaceuticals Inc. et al |
| NYS | 1 | 17-00964 | Philadelphia Federation of Teachers Health and Welfare Fund v. Fougera Pharmaceuticals Inc. et al |
| NYS | 1 | 17-00980 | Sergeants Benevolent Association Health & Welfare Fund v. Actavis Elizabeth, LLC et al |
| NYS | 1 | 17-01039 | American Federation of State County and Municipal Employees District Council 37 Health & Security Plan v. Actavis Elizabeth, LLC et al |
| **PUERTO RICO** | | | |
| PR | 3 | 17-01124 | Teamsters Local Union No. 727 Health & Welfare Fund v. Mylan, Inc. et al |
| PR | 3 | 17-01128 | NECA-IBEW Welfare Trust Fund v. Mylan, Inc., et al. |